IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:04CV659-F |
| | ) | [WO] |
| CLARK ALLUMS, in his individual | ) | |
| capacity and his official capacity as | ) | |
| a Dothan Police Officer; and THE | ) | |
| CITY OF DOTHAN, ALABAMA, | ) | |
| a municipality, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the plaintiff's Motion For Reconsideration, filed on 2 June 2005, and for good cause, it is

ORDERED that the motion is DENIED.  The parties are ADVISED, however, that this order should not be construed as an expression of the court's approval of the conduct by the defendants' counsel that is alleged in the plaintiff's affidavit.  Indeed, the court is quite concerned about defendants' counsel's alleged lack of cooperation in conducting the meaningful discovery conference clearly contemplated by the court's previous order.  The denial of the plaintiff's motion for reconsideration is premised solely upon the fact that the parties still have had no face-to-face meeting.  Under the circumstances stated by the plaintiff, however, the plaintiff may not be responsible for their failure to do so.

Accordingly, the parties are strongly ADVISED to conduct a face-to-fact meeting

regarding the outstanding discovery, particularly in view of the companion order entered by the court on this date in response to the plaintiff's second motion to compel.

DONE this 27th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE